# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1237**
**CAF 14-02252**
PRESENT: PERADOTTO, J.P., CARNI, CURRAN, TROUTMAN, AND SCUDDER, JJ.

---

IN THE MATTER OF CHARITY M.
------------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

WARREN M., RESPONDENT-APPELLANT,
AND CHRISTINA M., RESPONDENT.
------------------------------------------------
IN THE MATTER OF KORDELL S.
------------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

WARREN M., RESPONDENT-APPELLANT,
AND CHRISTINA M., RESPONDENT.
------------------------------------------------
IN THE MATTER OF TEMPERANCE M.
------------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

WARREN M., RESPONDENT-APPELLANT,
AND CHRISTINA M., RESPONDENT.
------------------------------------------------
IN THE MATTER OF KYRA T.
------------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

WARREN M., RESPONDENT-APPELLANT,
AND CHRISTINA M., RESPONDENT.
(APPEAL NO. 1.)

ORDER

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

KIMBERLY S. CONIDI, BUFFALO, FOR PETITIONER-RESPONDENT.

DAVID C. SCHOPP, ATTORNEY FOR THE CHILDREN, THE LEGAL AID BUREAU OF
BUFFALO, INC., BUFFALO (CHARLES D. HALVORSEN OF COUNSEL).

---

Appeal from an order of the Family Court, Erie County (Margaret
O. Szczur, J.), entered November 17, 2014 in proceedings pursuant to
Family Court Act article 10. The order, among other things, adjudged
that Kordell S. is an abused child and Charity M., Temperance M., and

Kyra T. are derivatively abused children.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Lisa E.* [appeal No. 1], 207 AD2d 983, 983).

Entered:  December 23, 2016                Frances E. Cafarell
                                           Clerk of the Court